IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICAI CEJA-CORONA, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC. a corporation; and DOES 1 through 50,<br><br>                    Defendants. | 1:12-CV-1868 AWI SAB<br><br>ORDER VACATING JANUARY 14, 2013 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendant's motion to dismiss has been set for hearing in this case on January 14, 2013. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 14, 2013 is VACATED and the parties shall not appear at that time. As of January 14, 2013, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    January 9, 2013

UNITED STATES DISTRICT JUDGE