1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LETICAI CEJA-CORONA, on behalf of herself and others similarly situated,** ) ) ) | **1:12-CV-1868 AWI SAB** |
| **Plaintiff,** ) ) ) | **ORDER VACATING JUNE 3, 2013 HEARING DATE AND TAKING MOTION FOR RECONSIDERATION UNDER SUBMISSION** |
| **v.** ) ) ) | |
| **CVS PHARMACY, INC. a corporation; and DOES 1 through 50,** ) ) ) | |
| **Defendants.** ) ) | |

17

18   Plaintiff's motion for reconsideration of the Court granting Defendant's motion to

19 dismiss Plaintiff's sixth cause of action has been set for hearing in this case on June 3, 2013.

20 Defendant has filed an opposition to Plaintiff's motion.  The Court has reviewed the papers and

21 has determined that this matter is suitable for decision without oral argument.  <u>See</u> Local Rule

22 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 3,

23 2013 is VACATED and the parties shall not appear at that time.  As of June 3, 2013, the Court

24 will take the matter under submission and will thereafter issue its decision.

25 IT IS SO ORDERED.

26

Dated:    May 30, 2013

27                                                                    _____

                    SENIOR  DISTRICT  JUDGE

28