IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICAI CEJA-CORONA, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CVS PHARMACY, INC. a corporation; and DOES 1 through 50,<br><br>    Defendants. | 1:12-CV-1868 AWI SAB<br><br>ORDER VACATING JUNE 3, 2013 HEARING DATE AND TAKING MOTION FOR RECONSIDERATION UNDER SUBMISSION |

  Plaintiff's motion for reconsideration of the Court granting Defendant's motion to dismiss Plaintiff's sixth cause of action has been set for hearing in this case on June 3, 2013. Defendant has filed an opposition to Plaintiff's motion. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 3, 2013 is VACATED and the parties shall not appear at that time. As of June 3, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 30, 2013

                SENIOR DISTRICT JUDGE