1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**FRESNO DIVISION**

| | |
|---|---|
| 12 LETICIA CEJA-CORONA, on behalf of herself and others similarly situated, | Case No. 1:12-CV-01868-AWI-SAB |
| 13 | **CLASS ACTION** |
| Plaintiff, | |
| 14 v. | **ORDER** |
| 15 CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive, | |
| 16 | |
| Defendants. | |
| 17 | |

18

19

20

21

22

23

24

25

26

27

28

1    Based on the Parties' Stipulation re: Opt-Out Notice to Putative Class Members, the Court

2    orders that:

3        (1)    Defendant shall provide Plaintiff the last known contact information, ("contact

4    information" as used herein means the name, address, telephone number and email address"), to

5    the extent it currently exists in Defendant's database, of all putative class members who do not

6    opt-out as specified in the agreed upon the opt-out notice ("Notice") attached hereto as Exhibit A;

7    and

8        (2)    Defendant and Plaintiff have agreed to CPT Group, Inc. as  a third party

9    administrator to handle the mailing of the Notice and processing of any opt-out responses received

10   pursuant thereto;

11       (3)    Plaintiff shall bear the cost of mailing the Notice.

12

13

14

15   IT IS SO ORDERED.

16

17    Dated:   **August 1, 2013**    _____

18                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28