UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LETICIA CEJA-CORONA, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 1:12-cv-01868-AWI-SAB<br><br>**ORDER ON JOINT STIPULATED PROTECTIVE ORDER** |

# ORDER

Upon review of the Parties' Joint Stipulated Protective Order and upon a finding of good cause, it is hereby ordered that the foregoing Joint Stipulated Protective Order is approved and the Parties are ordered to act in compliance therewith.

IT IS SO ORDERED.

Dated:   **September 25, 2013**

UNITED STATES MAGISTRATE JUDGE