UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETICIA CEJA-CORONA,**<br><br>　　　　Plaintiff<br><br>　　v.<br><br>**CVS PHARMACY, INC.,**<br><br>　　　　Defendant | **CASE NO. 1:12-CV-1868 AWI SAB**<br><br>**ORDER VACATING NOVEMBER 18, 2013 HEARING** |

　　　　Defendant has filed a motion for summary judgment that is set for hearing on November 18, 2013. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

　　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 18, 2013, is VACATED, and the parties shall not appear at that time. As of November 18, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 14, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE