DAVID YEREMIAN & ASSOCIATES, INC.
DAVID H. YEREMIAN (SBN 226337)
david@yeremianlaw.com
HUGO E. GAMEZ (SBN 276765)
hugo@yeremianlaw.com
535 N. Brand Boulevard, Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff LETICIA CEJA-CORONA,
on behalf of herself and others similarly situated,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

FRESNO DIVISION

| LETICIA CEJA-CORONA, on behalf of herself and others similarly situated, Plaintiff, v. CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive, Defendants. | Case No. 1:12-CV-01868-AWI-DLB <br><br> Courtroom: 2 <br> Judge: Hon. Anthony Ishii <br><br> **JOINT STIPULATION TO CONTINUE ALL DEADLINES; ORDER** <br><br> Complaint Filed: October 9, 2012 |
|---|---|

COME NOW Plaintiff Leticia Ceja-Corona and Defendant CVS Pharmacy, Inc. (collectively hereinafter the "Parties"), through their respective counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

The Parties hereby stipulate and agree:

1. The Parties have agreed to participate in private mediation before Steve Rottman. The earliest date on which Mr. Rottman and the Parties are available is April 8, 2014.

2. In order to accommodate the Parties' desire to prepare for and participate in mediation, the Parties respectfully request the Court continue all existing deadlines as follows:

a. Non Expert Discovery deadline to July 7, 2014;

b. Expert Disclosure deadline to July 7, 2014;

c. Non Dispositive Motion Filing Deadline (as to Class Certification issues) to July 7, 2013 Hearing pursuant to Local Rules;

d. Supp. Expert Disclosure deadline to July 28, 2014;

e. Expert Discovery deadline, including motions to compel related to expert discovery, to August 25, 2014;

f. Class Certification Motion filing deadline to August 25, 2014;

g. Class Certification Opposition Motion deadline to September 22, 2014; and

h. Class Certification Reply deadline to October 13, 2014.

**SO STIPULATED.**

Dated:  January 8, 2014                    DAVID YEREMIAN & ASSOCIATES, INC.

By      /s/-David Yeremian
         David H. Yeremian
         Attorneys for Plaintiff LETICIA CEJA-CORONA, and the Putative Class

Dated:  January 8, 2014                    LITTLER MENDELSON, P.C.

By      /s/-Jody Landry
         Jody Landry
         Attorneys for Defendant CVS Pharmacy, Inc.


# **ORDER**

The Parties having stipulated to the foregoing, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

1. The dates indicated below shall be the new deadlines in this matter:

    a. Non Expert Discovery cut-off  July 7, 2014;

    b. Expert Disclosure July 7, 2014;

    c. Supp. Expert Disclosure July 28, 2014;

    d. Expert Discovery deadline, including motions to compel related to expert discovery, to August 25, 2014;

    e. Non Dispositive Motion Filing Deadline (as to Class Certification issues) to July 7, 2013 Hearing pursuant to Local Rules;

    f. Class Certification Motion Filing deadline August 25, 2014;

    g. Class Certification Opposition Motion deadline September 22, 2014; and

    h. Class Certification Reply deadline October 13, 2014.

IT IS SO ORDERED.

Dated:   January 8, 2014                              _____
                                                    SENIOR DISTRICT JUDGE