IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | 1:12-CV-1868 AWI DLB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT AS MOOT<br><br>Doc. # 31 |

In this putative class action in diversity against defendant CVS Pharmacy, Inc. the Magistrate Judge has granted the motion of Margarita Armenta to intervene as putative class representative in an order filed on February 26, 2014. Doc. # 44. Plaintiffs' Second Amended Complaint was filed on the same date. Given that Plaintiffs' previously filed First Amended Complaint is superseded by the Second Amended Complaint, Defendant's pending motion for summary judgment as to Plaintiff's First Amended Complaint is moot.

THEREFORE, for the reason stated above, Defendant's motion for partial summary judgment as to Plaintiff's First Amended Complaint, Doc. # 31, is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:   February 27, 2014

SENIOR DISTRICT JUDGE