UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA; MARGARITA RUBIO ARMENTA on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 1:12-CV-1868-AWI-SAB<br><br>ORDER REFERRING PENDING MOTION TO MAGISTRATE JUDGE STANELY A. BOONE<br><br>ORDER VACATING SEPTEMBER 8, 2014 HEARING DATE |

Plaintiff Leticia Ceja-Corona has filed a motion for class certification and preliminary approval of class settlement. The Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for class certification and preliminary approval of class settlement is REFERRED to Magistrate Judge Boone;

2. The September 8, 2014 hearing before the undersigned is VACATED; and

3. If Magistrate Judge Boone desires a hearing on the pending motion, Magistrate Judge Boone's Chambers will contact the parties and set a hearing date at Magistrate Judge Boone's convenience.

IT IS SO ORDERED.

Dated:   September 3, 2014                         _____
                                                                   SENIOR DISTRICT JUDGE