DAVID YEREMIAN & ASSOCIATES, INC.
DAVID H. YEREMIAN (SBN 226337)
david@yeremianlaw.com
HUGO E. GAMEZ (SBN 276765)
hugo@yeremianlaw.com
535 N. Brand Boulevard, Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiffs LETICIA CEJA-CORONA,
and MARGARITA RUBIO ARMENTA
on behalf of themselves and others similarly situated,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

FRESNO DIVISION

| | |
|---|---|
| LETICIA CEJA-CORONA; MARGARITA RUBIO ARMENTA on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive ,<br><br>Defendants. | Case No. 1:12-CV-01868-AWI-SAB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRELIMINARY APPROVAL FILING DEADLINE** |

COME NOW Plaintiffs Leticia Ceja-Corona ("Ceja-Corona"), and Margarita Rubio Armenta ("Armenta") (hereinafter collectively referred to as "Plaintiffs"), and Defendant CVS Pharmacy, Inc. (collectively hereinafter the "Parties"), through their respective counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

The Parties hereby stipulate and agree:

1. WHEREAS Plaintiff's, on behalf of themselves and others similarly situated filed a motion for preliminary approval of a class action settlement on July 30, 2014;
2. WHEREAS the hearing on Plaintiff's motion took place on September 10, 2014;
3. WHEREAS the Court ordered on September 11, 2014, that:
    a. Plaintiffs file an amended motion and supporting documents addressing the issues outlined in the order on or before October 15, 2014; and
    b. A continued hearing on the motion for preliminary approval of the class settlement shall take place on Wednesday, October 29, 2014 at 10:00 a.m. in Courtroom 9 before United States Magistrate Judge Stanley A. Boone.
4. WHERAS the parties need additional time to address all of the issues outlined in the Court's September 11, 2014 order;
5. WHEREAS in order to fully address the Court's order for additional briefing, the parties respectfully request the Court continue all existing deadlines as follows:
    a. Deadline to file amended motion for preliminary approval of a class action settlement to be continued to October 22, 2014;
    b. The Parties do not require a continuance of the hearing on the motion for preliminary approval currently set for October 29, 2014, unless the Court feels it is necessary;
    c. If the Court feels it is necessary to continue the hearing on the motion for preliminary approval, the Parties respectfully request a continuance of the hearing to November 5, 2014.

**SO STIPULATED.**

Dated:  October 14, 2014                                  DAVID YEREMIAN & ASSOCIATES, INC.


By     /s/-David Yeremian
    David H. Yeremian
    Attorneys for Plaintiff LETICIA CEJA-
    CORONA, and the Putative Class


Dated:  October 14, 2014                                           LITTLER MENDELSON, P.C.


By     /s/-Jody Landry
    Jody Landry
    Attorneys for Defendant CVS Pharmacy, Inc.

**ORDER**

The Parties having stipulated to the foregoing, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

1. The dates indicated below shall be the new deadlines in this matter:

    a. Deadline to file amended motion for preliminary approval of a class action settlement, October 22, 2014;

    a. The hearing on the motion for preliminary approval of the class settlement shall take place on Wednesday, October 29, 2014 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **October 15, 2014**

UNITED STATES MAGISTRATE JUDGE