# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, | Case No. 1:12-cv-01868-AWI-SAB |
| Plaintiff, | ORDER SETTING SCHEDULING CONFERENCE |
| v. | |
| CVS PHARMACY, INC., | |
| Defendant**. | |

On April 8, 2013, the Court issued a scheduling order in this action. (ECF No. 14.) The scheduling order set a phased schedule establishing deadlines through the class certification stage of this action. Under the scheduling order, the deadline for filing a motion for class certification was set for February 28, 2014. The Court extended this deadline to August 25, 2014 by order issued on January 9, 2014. (ECF No. 38.) Plaintiffs filed a motion to certify a class on July 30, 2014. (ECF No. 48.) Plaintiffs withdrew their motion on November 10, 2014 after the undersigned magistrate judge issued a Findings and Recommendations recommending that the motion be denied (ECF No. 59) but before the district judge assigned to this case ruled on the motion.

Since the motion to certify the class has been withdrawn and the deadline for filing a motion to certify a class has passed, the Court must issue a second scheduling order establishing deadlines for merits based discovery and trial on the individual claims raised in this action. The

1  Court will conduct a scheduling conference on December 16, 2014 at 2:00 p.m.  The parties may
2  appear telephonically for the scheduling conference if requested in advance.

3        On or before December 9, 2014, the parties shall file an Amended Joint Scheduling
4  Report.  The Amended Joint Scheduling Report shall include the same content as set forth in the
5  Court's November 14, 2012 Order Setting Mandatory Scheduling Conference (ECF No. 3),
6  including proposed dates for completing merits-based discovery, filing dispositive motions, and
7  trial.

8        Accordingly, it is HEREBY ORDERED that:

9    1.    The parties shall appear for a scheduling conference on December 16, 2014 at
10         2:00 p.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley
11         A. Boone; and

12   2.    On or before December 9, 2014, the parties shall file an Amended Joint
13         Scheduling Report.

15 IT IS SO ORDERED.

16 Dated:   **November 13, 2014**

                                         UNITED STATES MAGISTRATE JUDGE