DAVID YEREMIAN & ASSOCIATES, INC.
DAVID H. YEREMIAN (SBN 226337)
david@yeremianlaw.com
HUGO E. GAMEZ (SBN 276765)
hugo@yeremianlaw.com
535 N. Brand Boulevard, Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiffs LETICIA CEJA-CORONA,
and MARGARITA RUBIO ARMENTA
on behalf of themselves and others similarly situated,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

FRESNO DIVISION

| | |
|---|---|
| LETICIA CEJA-CORONA; MARGARITA RUBIO ARMENTA on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive ,<br><br>Defendants. | Case No. 1:12-CV-01868-AWI-DLB<br><br>Courtroom:   2<br>Judge:  Hon. Anthony Ishii<br><br>**JOINT STIPULATION TO CONTINUE PRELIMINARY APPROVAL FILING DEADLINE; ORDER**<br><br>Complaint Filed:  October 9, 2012 |

COME NOW Plaintiffs Leticia Ceja-Corona ("Ceja-Corona"), and Margarita Rubio Armenta ("Armenta") (hereinafter collectively referred to as "Plaintiffs"), and Defendant CVS Pharmacy, Inc. (collectively hereinafter the "Parties"), through their respective counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

The Parties hereby stipulate and agree:

1. WHEREAS on April 8, 2013, the Court issued a scheduling order in this action (ECF No. 14) setting the deadline for filing a motion for class certification on February 28, 2014. The Court extended this deadline to August 25, 2014 by order issued on January 9, 2014. (ECF No. 38.)

2. WHEREAS Plaintiffs filed a motion for preliminary approval of a class action settlement on July 30, 2014 (ECF No. 48);

3. WHEREAS the hearing on Plaintiff's motion took place on September 10, 2014;

4. WHEREAS the Court ordered on September 11, 2014, that Plaintiffs file an amended motion and supporting documents addressing the issues outlined in the order on or before October 15, 2014 (which was later extended to October 22, 2014 by stipulation);

5. WHEREAS Plaintiffs complied with the Court's order and filed the amended documents (ECF No. 55) and on a continued hearing on the motion for preliminary approval took place on Wednesday, October 29, 2014 at 10:00 a.m. in Courtroom 9 before United States Magistrate Judge Stanley A. Boone;

6. WHEREAS based on the findings and recommendations issued by Magistrate Judge Boone that the motion be denied (ECF No. 59) Plaintiffs withdrew their motion and for preliminary approval in order to meet and confer with Defendants and revise the settlement terms according to the findings and recommendations issued by Magistrate Judge Boone (ECF No. 60);

7. WHEREAS the parties are in the process of revising the settlement terms to address the issues raised by the Court's Order (ECF No. 59) and expect to have a new stipulation of

settlement executed by late November and thereafter wish to file a new motion for preliminary approval of class action settlement;

8. Therefore the parties hereby stipulate to continue Plaintiffs' deadline to file its motion for preliminary approval through December 12, 2014.

9. There is good cause to grant this stipulation: the parties have invested tremendous resources in litigating and settling the class action claims in this matter which, if approved, will result in real value for class members. The parties are meeting and conferring in order to further revise the terms of settlement to comply with Magistrate Judge Boone's Findings and Recommendations and expect to do so as follows:

   a. the parties expect to agree to exclude the release of reporting time pay claims without altering the monetary terms of the settlement; and,

   b. the parties expect to agree to put the Labor & Workforce Development Agency on notice of the monetary allocation for the PAGA claim.

10. No party will be prejudiced by the granting of this stipulation.

**SO STIPULATED.**

Dated:  November 14, 2014                DAVID YEREMIAN & ASSOCIATES, INC.


By     /s/-David Yeremian
       David H. Yeremian
       Attorneys for Plaintiff LETICIA CEJA-
       CORONA, and the Putative Class


Dated:  November 14, 2014                LITTLER MENDELSON, P.C.


By     /s/-Jody Landry
       Jody Landry
       Attorneys for Defendant CVS Pharmacy, Inc.

**ORDER**

The Parties having stipulated to the foregoing, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

1. The dates indicated below shall be the new deadlines in this matter:

   a. Deadline to file motion for preliminary approval of a class action settlement, December 12, 2014;

   b. The hearing on any motion for preliminary approval shall be set by the parties in accordance with the Local Rules.

IT IS SO ORDERED.

Dated:   **November 14, 2014**

_____
UNITED STATES MAGISTRATE JUDGE