# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC.,<br><br>　　　　Defendant**. | Case No.  1:12-cv-01868-AWI-SAB<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 59) |

Plaintiff Leticia Ceja-Corona filed a motion for preliminary approval of a class action settlement on July 30, 2014 which was referred to the magistrate judge.  On October 30, 2014, a findings and recommendations was filed recommending denying the motion.  On November 10, 2014, Plaintiff withdrew the motion for preliminary approval of the class action settlement.

Accordingly, the findings and recommendations filed October 30, 2014 are HEREBY WITHDRAWN.

IT IS SO ORDERED.

Dated:   **November 17, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1