DAVID YEREMIAN & ASSOCIATES, INC.
DAVID H. YEREMIAN (SBN 226337)
david@yeremianlaw.com
HUGO E. GAMEZ (SBN 276765)
hugo@yeremianlaw.com
535 N. Brand Boulevard, Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiffs LETICIA CEJA-CORONA,
and MARGARITA RUBIO ARMENTA
on behalf of themselves and others similarly situated,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

FRESNO DIVISION

| | |
|---|---|
| LETICIA CEJA-CORONA; MARGARITA RUBIO ARMENTA on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation; and DOES 1 through 50, inclusive ,<br><br>Defendants. | Case No. 1:12-CV-01868- -SAB<br><br>**JOINT STIPULATION TO CONTINUE FINAL APPROVAL FILING DEADLINE AND HEARING DATE; [PROPOSED] ORDER**<br><br>Complaint Filed:  October 9, 2012 |

COME NOW Plaintiffs Leticia Ceja-Corona ("Ceja-Corona"), and Margarita Rubio Armenta ("Armenta") (hereinafter collectively referred to as "Plaintiffs"), and Defendant CVS Pharmacy, Inc. (collectively hereinafter the "Parties"), through their respective counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

The Parties hereby stipulate and agree:

1. WHEREAS on March 3, 2015, the Court issued an order adopting the findings and recommendations of Magistrate Judge Boone and setting the final approval hearing on May 6, 2015 (ECF No. 73);

2. WHEREAS because of the 45-day deadline for class members to object or opt out, administration will not be complete until after May 6, 2015;

3. Therefore the parties hereby stipulate to continue the hearing date on Plaintiffs' motion for final approval to July 22, 2015 at 10:00 a.m. with the deadline to file the motion for final approval on June 22, 2015.

4. No party will be prejudiced by the granting of this stipulation.

**SO STIPULATED.**

Dated: March 23, 2015                                    DAVID YEREMIAN & ASSOCIATES, INC.


By    /s/-David Yeremian
      David H. Yeremian
      Attorneys for Plaintiff LETICIA CEJA-
      CORONA, and the Putative Class


Dated: March 23, 2015                                    LITTLER MENDELSON, P.C.


By    /s/-Jody Landry
      Jody Landry
      Attorneys for Defendant CVS Pharmacy, Inc.


IT IS SO ORDERED.

Dated:   **March 24, 2015**

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE

2

**ORDER**

The Parties having stipulated to the foregoing, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that:

1. The hearing on the motion for final approval of the class action settlement is continued from May 6, 2015, to July 22, 2015 at 10:00 a.m. in Courtroom 9; and

2. The motion for the final approval of the class action settlement shall be filed on or before June 22, 2015.